

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

December 27, 2019

Hon. Lyle Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:  No. 19-60558; *Shrimpers and Fishermen of the RGV; Vecinos Para El Bienestar de la Comunidad Costera v. TCEQ and Jon Niermann, in his official capacity as Chairperson of the TCEQ*; Corrected Response to Petitioners' Supplemental Letter Brief

Dear Hon. Lyle Cayce, Clerk of Court:

    The Court has requested that the Parties file letter briefs identifying the federal statutes providing Petitioners with a cause of action for the relief that they seek. Petitioners filed their letter brief on December 20, 2019. Respondents the Texas Commission on Environmental Quality (TCEQ) and Jon Niermann, in his official capacity as Chairperson of the TCEQ now file this response, which we ask that you provide to the Court at your earliest convenience.

    Respondent TCEQ agrees with Petitioners that their claim properly lies in the Fifth Circuit by virtue of the Natural Gas Act, 15 U.S.C. § 717r(d)(1) and

the federal Administrative Procedure Act. 5 U.S.C. §§ 704, 706. The TCEQ agrees that the Court could grant Petitioners relief in the form of a remand *if* the Court determines that the TCEQ erred in denying their hearing requests.

However, TCEQ does not fully agree with Petitioners on the issue of the relief the Court could grant on the issuance of the permit. While the Court has authority to remand or vacate an order that it reviews on the merits pursuant to the Natural Gas Act and APA, that authority does not attach in the circumstances of this case. The order under review has two components, the denial of the Petitioners' hearing request and the issuance of the permit. Only the hearing denial is properly before the Court.

The merits of the permit issuance are not before the Court. The resolution of this appeal turns on the hearing denial. If the Court rules in Petitioners' favor on that question, the appropriate relief is remand to the agency for a hearing. But if the Court holds that TCEQ did not commit error in denying the hearing request, the order will stand. The Court should not proceed to review the merits of the permit because if Petitioners are not affected persons entitled to a hearing, they have no standing to challenge the issuance of the permit. This question has been briefed by the parties. Resp'ts Br. 44-46, Pet'rs Reply Br. 16-18, Intervenor Br. 42.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

*/s/ Linda B. Secord*
LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
linda.secord@oag.texas.gov

MARK A. STEINBACH
Assistant Attorney General
State Bar No. 24056653

AMY DAVIS
Assistant Attorney General
State Bar No. 24082897

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, (MC-066)
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

COUNSEL FOR THE
TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY

## CERTIFICATE OF COMPLIANCE

1. This letter brief complies with the 1000-word limit established by the court notice issued on December 13, 2019 because according to the word-count function of Microsoft Word, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 336 words.

2. This document complies with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Georgia typeface.

                                             */s/ Linda B. Secord*
                                             LINDA B. SECORD

## CERTIFICATE OF SERVICE

On December 27, 2019, an electronic copy of the foregoing letter brief was served via the appellate CM/ECF system to all registered counsel.

                                             */s/ Linda B. Secord*
                                             LINDA B. SECORD